373 A.2d 1124

Commonwealth v. Hill, Appellant.

590

Submitted October 8, 1976. Richard DiMaio, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Abraham J. Gafni, Deputy District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.